IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| GOJO INDUSTRIES, INC., | ) | Case No.: 5:11-cv-02661-SL |
| | ) | |
| Plaintiff, | ) | Judge Sara Lioi |
| v. | ) | |
| | ) | |
| ADDED EXTRAS, LLC | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF DISMISSAL**

Now comes Plaintiff, GOJO Industries, Inc., and advises the Court that this matter has been settled and therefore dismisses this action with prejudice pursuant to FRCP 41(a)(i), Defendant Added Extras, LLC having served neither an Answer nor a Motion for Summary Judgment.

Respectfully submitted,

By: /s:/Ray L. Weber
Ray L. Weber (0006497)
Laura J. Gentilcore (0034702)
Mark L. Weber (0072078)
Renner, Kenner, Greive, Bobak, Taylor & Weber
106 S. Main Street
4th Floor, First National Tower
Akron, Ohio 44308
Telephone: (330) 376-1242
Facsimile: (330) 376-9646

Attorneys for Plaintiff, GOJO Industries, Inc.

**IT IS SO ORDERED**.

_____
**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**

March 2, 2012                    1